UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:08-CR-61(01)RM |
| ) | |
| LILLIAN LIVINGSTON ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 17, 2008. Accordingly, the court ADOPTS those findings and recommendations [docket # 9], ACCEPTS defendant Lillian Livingston's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 641.

SO ORDERED.

ENTERED:   July 21, 2008


　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　United States District Court